**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | | |
|---|---|---|
| ROBERT MICKENS, SR., | : | No. 10 WM 2019 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| ALLEGHENY COUNTY COURT OF | : | |
| COMMON PLEAS, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 21st day of March, 2019, the Application for Leave to File Original Process and the Request for Permission to File Objection are GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.